JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br>    v.<br>JENNIFER LYNN MARTIN,<br>    a/k/a "Carmen Maureen McDonald,"<br>    Defendant. | Case No. CR-10-00079 LB<br><br>[PROPOSED] ORDER FOR SUMMONS |

Having reviewed the Declaration of Matthew DellaBetta, the Court finds that probable cause exists to believe that an offense has been committed. Accordingly, pursuant to Fed. R. Crim. P. 58(d)(3), the Clerk of the Court is directed to issue a Summons directing the defendant, Jennifer Lynn Martin to appear on February 16, 2010 at 10:00 am before Magistrate Judge Laurel Beeler to answer the Information that has been filed by the United States Attorney.

IT IS SO ORDERED.

Dated: February 8, 2010

/s/ Laurel Beeler
LAUREL BEELER
United States Magistrate Judge

ORDER FOR SUMMONS